## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 9th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*Son Coast Hauling C.C.C.*
Attn:   President/CEO and
621 Birkdale Circle West
Niceville, FL 32578

*(signature)*
_____
Mary E. Augustine (No. 4477)

619733v1